UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20076-CIV-LENARD/O'SULLIVAN

**ANIMAL LEGAL DEFENSE FUND, ORCA NETWORK, PEOPLE FOR THE EITHICAL TREATMENT OF ANIMALS, INC., HOWARD GARRETT; SHELBY PROIE; PATRICIA SKYES; KAREN MUNRO**,

    Plaintiffs,

vs.

**UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, in his official capacity as Secretary of the United States Department of Agriculture; and ELIZABETH GOLDENTYER, in her official capacity as Eastern Regional Director of the United States Department of Agriculture Animal and Plant Health Inspection Service**,

    Defendants.
_____/

**JOINT CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| | | | |
|---|---|---|---|
| 1. | Motions concerning Discovery | Yes _____ | No _____ |
| 2. | Motions for Costs | Yes _____ | No _____ |
| 3. | Motions for Attorney's Fees | Yes _____ | No _____ |
| 4. | Motions for Sanctions or Contempt | Yes _____ | No _____ |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | Yes _____ | No _____ |
| 6. | Motions to Certify or Decertify Class | Yes _____ | No _____ |
| 7. | Motions for Preliminary Injunction | Yes _____ | No _____ |
| 8. | Motions for Summary Judgment | Yes _____ | No _____ |
| 9. | Motions to Remand (in removal cases) | Yes_____ | No _____ |
| 10. | All other Pre-Trial Motions | Yes _____ | No _____ |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, | | |

Case No. 13-20076-CIV-LENARD/O'SULLIVAN

      including Motions in Limine      Yes _____  No _____

_____
   (Date)

            _____
            Signature of _____
            Counsel for  _____

_____
   (Date)

            _____
            Signature of_____
            Counsel for  _____

_____
   (Date)

            _____
            Signature of _____
            Counsel for  _____

_____
   (Date)

            _____
            Signature of_____
            Counsel for  _____

_____
   (Date)

            _____
            Signature of _____
            Counsel for  _____

_____
   (Date)

            _____
            Signature of_____
            Counsel for  _____

_____
   (Date)

            _____
            Signature of _____
            Counsel for  _____

_____
   (Date)

            _____
            Signature of_____
            Counsel for  _____

_____
   (Date)

            _____
            Signature of _____
            Counsel for  _____

_____
   (Date)

            _____
            Signature of_____
            Counsel for  _____

_____
   (Date)

            _____
            Signature of _____
            Counsel for  _____