UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20076-CIV-LENARD/O'SULLIVAN

ANIMAL LEGAL DEFENSE FUND, et al.,

    Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,

    Defendants.
_____/

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
## TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT

Defendants respectfully move for a 30-day enlargement of time with which to respond to Plaintiff's Complaint, and in support thereof state the following:

This case was originally filed with the District Court in the Northern District of California. Complaint [D.E. 1]. At that time, the case was assigned to the United States Attorney's Office for the Northern District of California. The Assistant United States Attorney assigned to the case filed a motion to dismiss for improper venue, or, in the alternative, to transfer venue. Motion to Dismiss or Transfer Due to Improper Venue [D.E. 16]. On January 8, 2013, the District Judge in the Northern District of California denied the motion to dismiss and granted the motion to transfer, transferring the case to this Court. Order [D.E. 39]. The case was transferred on January 9, 2013. The United States Attorneys' Office for the Southern District of Florida was notified of the transfer on January 17, 2013. The undersigned was assigned the case today, January 18, 2013. As of the filing of this motion, no responsive pleading has been filed in

this case. Accordingly, Defendants' response to the Complaint is currently due on or before January 22, 2013.

The undersigned counsel requires additional time to familiarize himself with the facts and law in this case. A 30-day enlargement of time to respond is further necessitated by the following facts. The undersigned counsel is currently scheduled to attend a trial in Okeechobee County the week of January 28, 2013. The undersigned counsel also has a trail currently scheduled for the two-week trail calendar beginning on February 25, 2013, before Judge Moreno. That case has several pre-trail deadlines rapidly approaching. The undersigned counsel has several other intermittent filing and discovery deadlines in other cases. In addition, the representative for the United States Department of Agriculture will be out of the office, and unavailable, from January 24, 2013, through February 4, 2013.

For the foregoing reasons, Defendants seek a 30-day enlargement of time with which to respond to the Complaint. Defendants do not seek this enlargement for the purpose of delay and this enlargement will in no way prejudice Plaintiff.

## Certification of Compliance with Local Rule 7.1

In accordance with Local Rule 7.1, the undersigned counsel contacted Plaintiffs' counsel by telephone today, January 18, 2013, at around 11:00 a.m. Plaintiff's counsel advised that she would have to consult with her clients prior to providing Plaintiffs' position with respect to the relief sought in this motion.[1] As of the filing of this motion, Plaintiffs' counsel has not expressly indicated whether Plaintiffs oppose or do not oppose the relief sought herein.

---

[1] Plaintiffs' counsel did express some concerns she felt her clients may have regarding the requested enlargement of time, but she did not expressly indicate that Plaintiffs oppose the motion during that call.

WHEREFORE, for the foregoing reasons, Defendants seek an order allowing the United States to file a response to Plaintiff's Complaint on or before February 18, 2013.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

s/Anthony Erickson-Pogorzelski
ANTHONY ERICKSON-POGORZELSKI
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9296
Fax: (305) 530-7139
Fla. Bar 619884
Email: anthony.pogorzelski@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/Anthony Erickson-Pogorzelski
Assistant United States Attorney