UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20076-CIV-LENARD/O'SULLIVAN

**ANIMAL LEGAL DEFENSE FUND, et al.,**

    Plaintiffs,

vs.

**UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,**

    Defendants.

_____/

ORDER GRANTING DEFENDANTS' MOTION FOR
ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT

THIS CAUSE is before the Court on Defendants' Motion for Enlargement of Time to File a Response to Plaintiff's Complaint. Upon due consideration and the Court being fully apprised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that

Defendants' Motion for Enlargement of Time to File a Response to Plaintiff's Complaint is **GRANTED**.

Defendants' response to the Complaint is due on or before February 18, 2013.

**DONE AND ORDERED** on _____.

                                              _____
                                              UNITED STATES DISTRICT JUDGE