UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20076 - LENARD/O'SULLIVAN

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND; ORCA NETWORK; PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.; HOWARD GARRETT; SHELBY PROIE; PATRICIA SYKES; KAREN MUNRO,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, in his official capacity as Secretary of the Department of Agriculture; and ELIZABETH GOLDENTYER, in her official capacity as Eastern Regional Director of the United States Department of Agriculture Animal and Plant Health Inspection Service,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Duty Free Americas, Inc., and requests that copies of all pleadings and other papers served and filed herein be served upon the undersigned.

Date: January 23, 2013                    Respectfully submitted,

1

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900     F: 305.858.5261
Email: info@coffeyburlington.com     www.coffeyburlington.com

By: s/Paul J. Schwiep__
Paul J. Schwiep, Fla. Bar No. 823244
COFFEY BURLINGTON, P.L.
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Phone: 305-858-2900
Fax: 305-858-5261
pschwiep@coffeyburlington.com
*Co-Counsel for Plaintiffs*

-and-

Katherine A. Meyer, Esq. (*Pro Hac Vice* – pending)
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, NW
Suite 700
Washington, DC 20009
Phone:  202-588-5206
Fax:   202-588-5049
kmeyer@meyerglitz.com
*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

s/Paul J. Schwiep_____
Paul J. Schwiep

2

**SERVICE LIST**

Courtney Elena Vaudreuil, Esq.
McKenna Long & Aldridge, LLP
300 South Grand Avenue
14th Floor
Los Angeles, CA 9007
213-688-1000
Fax: 213-243-6330
*Counsel for Animal Legal Defense Fund*

Anthony Erickson-Pogorzelski, Esq.
US Attorney's Office
Civil
99 NE 4th Street
Suite 335
Miami, FL 33132
305-961-9296
Fax: 305-530-7139
Email: anthony.pogorzelski@usdoj.gov
*Counsel for Defendants*

Thomas A. Cohen, Esq.
Law Offices of Thomas A. Cohen
591 Redwood Highway
Suite 2320
Mill Valley, CA 94941
415-777-1997
Fax: 415-777-1990
*Counsel for Intervenor Defendant*

James Hardwick Lister, Esq.
Birch Horton Bittner and Cherot
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
202-659-5800
*Counsel for Intervenor Defendant*

Matthew Daniel Strugar, Esq.
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90039
323-210-2263
*Counsel for Plaintiffs*

Charles Michael O'Connor, Esq.
United States Attorney's Office
Northern District of California
450 Golden GateAvenue
9th Floor
P.O. Box 36055
San Francisco, CA 94105-1250
415-436-7180
Fax: 415-436-6748
*Counsel for Defendants*

William P. Horn, Esq.
Birch Horton Bittner and Cherot
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
202-659-5800
*Counsel for Intervenor Defendant*

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
Email: info@coffeyburlington.com  www.coffeyburlington.com