IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20076-CIV-LENARD/O'SULLIVAN

ANIMAL LEGAL DEFENSE FUND, et al.,

      Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

      Defendants,

and

MARINE EXHIBITION CORPORATION d/b/a MIAMI SEAQUARIUM,

      Defendant-Intervenor.

_____/

**NOTICE OF APPEARANCE**

The law firm of Holland & Knight LLP hereby serves notice of its appearance as co-counsel for Defendant-Intervenor, Marine Exhibition Corporation d/b/a Miami Seaquarium, in the captioned case and requests that copies of all pleadings, notices, orders, and documents relative to this case be served upon Jose A. Casal, Esq. and Laura Maria Gonzalez-Marques, at Holland & Knight LLP, 701 Brickell Avenue, Suite 3000, Miami, FL 33131.

      Respectfully submitted,

      s/ Jose A. Casal
      HOLLAND & KNIGHT LLP
      Jose A. Casal
      Florida Bar No. 767522
      jose.casal@hklaw.com
      Laura Maria Gonzalez-Marques
      Florida Bar No. 074358
      laura.gonzalez@hklaw.com
      701 Brickell Avenue, Suite 3000
      Miami, FL 33131
      Telephone: (305) 789-7713
      Facsimile: (305) 789-7799

      *Attorneys for Defendant-Intervenor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 24, 2013, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Noticed of Electronic Filing.

By ___/s Jose A. Casal_____
         Jose A. Casal

Courtney Elena Vaudreuil
McKenna Long & Aldridge, LLP
300 South Grand Avenue
14th Floor
Los Angeles, CA 9007
Telephone: 213-688-1000
Facsimile: 213-243-6330
*Counsel for Plaintiff, Animal League Defense Fund*

Katherine A. Meyer
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20009
Telephone: 202-588-5206
Facsimile: 202-500-5049
*Counsel for Plaintiffs*

Matthew Daniel Stugar
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90039
Telephone: 323-210-2263
*Counsel for Plaintiffs*

Anthony Erickson-Pogorzelski
US Attorney's Office
Civil
99 NE 4th Street, Suite 335
Miami, FL 33132
Telephone: 305-961-9296
Facsimile: 305-530-7139
E-mail: anthony.pogorzelski@usdoj.gov
*Attorney for Defendants*

Charles Michael O'Connor
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue
9th Floor
P.O. Box 36055
San Francisco, CA 94105-1250
Telephone: 415-436-7180
Facsimile: 415-436-6748
*Attorney for Defendants*