UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20076–CIV-LENARD/O'SULLIVAN

ANIMAL LEGAL DEFENSE FUND, et al.,

    Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,

    Defendants, and

MARINE EXHIBITION CORPORATION,
d/b/a MIAMI SEQUARIUM,

    Defendant-Intervenor.
_____/

## JOINT TRANSFER STATUS REPORT

Pursuant to paragraph 7 of this Court's Order dated January 11, 2013 (DE 48), the parties to this action, through their undersigned counsel, hereby file the following Joint Transfer Status Report.

    **1.**     **Nature of the Claims and Procedural History**

This is a case under the Administrative Procedure Act, 5 U.S.C. § 706(2), challenging a decision by the defendant United States Department of Agriculture ("USDA") to renew the license of the defendant-intervenor Marine Exhibition Corporation d/b/a Miami Seaquarium ("Seaquarium") under the Animal Welfare Act ("AWA"), 7 U.S.C. § 2131 *et seq.*, and also challenging the USDA's policy and practice of renewing that license each year. The Plaintiffs allege that the decision to renew the license is arbitrary, capricious, an abuse of discretion, and not in accordance with the law.

There are no claims for damages; as relief, Plaintiffs ask the Court to declare the decision to renew the license unlawful and to set that decision aside pursuant to the APA, 5 U.S.C. § 706.

There are no other claims in this case.

On August 22, 2012, Plaintiffs filed the Complaint in this action in the U.S. District Court for the Northern District of California. On October 30, 2012, Defendants submitted a motion to dismiss Plaintiffs' Complaint alleging improper venue, or in the alternative, to transfer this case to a District Court with proper venue, pursuant to Fed. R. Civ. P. 12(b)(3). Defendant-intervenor Seaquarium's motion to intervene was granted on December 3, 2012. On January 8, 2013, the court denied Defendants' motion to dismiss and granted Defendants' motion to transfer this case to the Southern District of Florida.

2. **The Parties**

The Plaintiffs are the organizations the Animal Legal Defense Fund, Orca Network, and People for the Ethical Treatment of Animals, Inc.; and the individuals Howard Garrett, Shelby Proie, Patricia Sykes, and Karen Munro.

The Defendants are the USDA; Tom Vilsack, in his official capacity as Secretary of the USDA; and Elizabeth Goldentyer, in her official capacity as Eastern Regional Director of the USDA's Animal and Plant Health Inspection Service.

The Defendant-intervenor is the Marine Exhibition Corporation d/b/a Miami Seaquarium of Miami, Florida.

3. **Statement Regarding Service and Responsive Pleadings**

Defendants USDA; Tom Vilsack, in his official capacity as Secretary of the USDA; and Elizabeth Goldentyer, in her official capacity as Eastern Regional Director of the USDA's Animal and Plant Health Inspection Service, as well the Attorney General and the U.S.

Attorney's Office for the Northern District of California, were served by Plaintiffs.

Defendants USDA, Vilsack, and Goldentyer filed their motion to dismiss or transfer this case on October 30, 2012 (DE 16). Defendant-intervenor Seaquarium filed its motion to intervene and proposed answer on November 16, 2012 (DE 21). In its order granting Defendant-intervenor's motion to intervene, the District Court for the Northern District of California deemed Seaquarium's answer filed as of November 16, 2012 (DE 36). On November 20, 2012, Defendant-intervenor also moved to join Defendants' motion to dismiss (DE 23), which the District Court for the Northern District of California also granted in its order granting Defendant-intervenor's motion to intervene (DE 36). No Defendant is in default.

**4.     Pending Motions**

There are no motions pending at this time.

Respectfully submitted,

By:  Attorneys for Plaintiff:

/s/ Katherin A. Meyer_____
Katherine A. Meyer
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C.  20009
(202)  588-5206
(*pro hac vice*)

Paul J. Schwiep
Fla. Bar No. 823244
Coffey Burlington
2699 South Bayshore Dr.
Miami, Florida  33133
(305)  858-2900

By:  Attorney for Defendant, Department of Agriculture:

 s/Anthony Erickson-Pogorzelski_____
ANTHONY ERICKSON-POGORZELSKI

        ASSISTANT U.S. ATTORNEY
        99 N.E. 4th Street, 3rd Floor
        Miami, Florida 33132
        Tel: (305) 961-9296
        Fax: (305) 530-7139
        Fla. Bar 619884
        Email: anthony.pogorzelski@usdoj.gov


By:  Attorneys for Defendant-Intervenor,
      Marine Exhibition Corporation d/b/a Miami Seaquarium:


    s/ Jose A. Casal_____
    HOLLAND & KNIGHT LLP
    Jose A. Casal,
    Florida Bar No. 767522
    701 Brickell Avenue, Suite 3000
    Miami, FL 33131
    Telephone: (305) 789-7713
    Facsimile: (305) 789-7799


   William P. Horn (*Pro Hac Vice* Pending, DC Bar 375666)
   James H. Lister (*Pro Hac Vice* Pending, DC Bar 447878)
   Birch, Horton, Bittner & Cherot, P.C.
   1155 Connecticut Avenue, NW, Suite 1200
   Washington, D.C. 20036
   Telephone: 202-659-5800
   Facsimile: 202-659-1027
   Emails: jlister@dc.bhb.com
          whorn@dc.bhb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        s/Anthony Erickson-Pogorzelski\_\_\_\_\_
        Assistant United States Attorney