FILING FEE PAID $75.00
53348
Steven M. Larimore, Clerk

FILED by _____ D.C.
JAN 23 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20076 - LENARD/O'SULLIVAN

ANIMAL LEGAL DEFENSE FUND; )
ORCA NETWORK; PEOPLE FOR THE ETHICAL )
TREATMENT OF ANIMALS, INC.; HOWARD )
GARRETT; SHELBY PROIE; PATRICIA SYKES; )
KAREN MUNRO, )
 )
             Plaintiffs, )
 )
vs. )
 )
UNITED STATES DEPARTMENT OF AGRICULTURE; )
TOM VILSACK, in his official capacity as Secretary of the )
Department of Agriculture; and ELIZABETH GOLDENTYER, )
in her official capacity as Eastern Regional Director of the )
United States Department of Agriculture Animal and Plant )
Health Inspection Service, )
 )
             Defendants. )

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Katherine A. Meyer of the law firm Meyer Glitzenstein & Crystal, 1601 Connecticut Ave., N.W. Suite 700, Washington, D.C. 20009, (202) 588-5206, on behalf of all of the Plaintiffs in the above-styled case only, and

pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Katherine A. Meyer to receive electronic filings in this case, and in support thereof states as follows:

1.     Katherine A. Meyer is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia and Maryland Bars and the U.S. District Court for the District of Columbia.

2.     Paul Schwiep, Esquire, of the law firm Coffey Burlington, Office In the Grove PH, 2699 South Bayshore Dr., Miami, Florida 33133, (305) 858-2900, is a member in good standing of The Florida Bar and the U.S. District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3.     In accordance with the local rules of this Court, Katherine A. Meyer has made payment of this Court's $75.00 fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.     Katherine A. Meyer, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Katherine A. Meyer at email address: katherinemeyer@meyerglitz.com.

WHEREFORE, Paul J. Schwiep, moves this Court to enter an Order allowing Katherine A. Meyer to appear before this Court on behalf of the Plaintiffs for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Katherine A. Meyer.

Date: January 23, 2013

Respectfully submitted,

By: _____
Paul J. Schwiep, Fla. Bar No. 823244
COFFEY BURLINGTON, P.L.
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Phone: 305-858-2900
Fax: 305-858-5261
pschwiep@coffeyburlington.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

_____
Paul J. Schwiep

## SERVICE LIST

Courtney Elena Vaudreuil, Esq.
McKenna Long & Aldridge, LLP
300 South Grand Avenue
14th Floor
Los Angeles, CA 9007
213-688-1000
Fax: 213-243-6330
*Counsel for Animal Legal Defense Fund*

Matthew Daniel Strugar, Esq.
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90039
323-210-2263
*Counsel for Plaintiffs*

Anthony Erickson-Pogorzelski, Esq.
US Attorney's Office
Civil
99 NE 4th Street
Suite 335
Miami, FL 33132
305-961-9296
Fax: 305-530-7139
Email: anthony.pogorzelski@usdoj.gov
*Counsel for Defendants*

Thomas A. Cohen, Esq.
Law Offices of Thomas A. Cohen
591 Redwood Highway
Suite 2320
Mill Valley, CA 94941
415-777-1997
Fax: 415-777-1990
*Counsel for Intervenor Defendant*

James Hardwick Lister, Esq.
Birch Horton Bittner and Cherot
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
202-659-5800
*Counsel for Intervenor Defendant*

Charles Michael O'Connor, Esq.
United States Attorney's Office
Northern District of California
450 Golden GateAvenue
9th Floor
P.O. Box 36055
San Francisco, CA 94105-1250
415-436-7180
Fax: 415-436-6748
*Counsel for Defendants*

William P. Horn, Esq.
Birch Horton Bittner and Cherot
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
202-659-5800
*Counsel for Intervenor Defendant*

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20076 - LENARD/O'SULLIVAN

ANIMAL LEGAL DEFENSE FUND, et al.,    )
                                       )
            Plaintiffs,                )
                                       )
vs.                                    )
                                       )
UNITED STATES DEPARTMENT OF AGRICULTURE, et al.  )
                                       )
            Defendants.                )

## CERTIFICATION OF KATHERINE A. MEYER

Katherine A. Meyer, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court of the Southern District of Florida; and (2) I am a member in good standing of the District of Columbia and Maryland Bars and the United States District Court for the District of Columbia.

_____
Katherine A. Meyer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20076 - LENARD/O'SULLIVAN

ANIMAL LEGAL DEFENSE FUND, et al., )
)
        Plaintiffs, )
)
vs. )
)
UNITED STATES DEPARTMENT OF AGRICULTURE, et al. )
)
        Defendants. )

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Katherine A. Meyer, Consent to Designation, and Request to Electronically Receive Notice of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District for Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Katherine A. Meyer may appear and participate in this action on behalf of all of the Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Katherine A. Meyer, at katherinemeyer@meyerglitz.com.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this

_____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All Counsel of Record