UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20076-CIV-LENARD/O'SULLIVAN

ANIMAL LEGAL DEFENSE FUND, ORCA NETWORK, PEOPLE FOR THE EITHICAL TREATMENT OF ANIMALS, INC., HOWARD GARRETT; SHELBY PROIE; PATRICIA SKYES; KAREN MUNRO,

       Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, in his official capacity as Secretary of the United States Department of Agriculture; and ELIZABETH GOLDENTYER, in her official capacity as Eastern Regional Director of the United States Department of Agriculture Animal and Plant Health Inspection Service,

       Defendants.
_____/

### JOINT CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| | | Yes | No |
|---|---|---|---|
| 1. | Motions concerning Discovery | ✓ | |
| 2. | Motions for Costs | ✓ | |
| 3. | Motions for Attorney's Fees | ✓ | |
| 4. | Motions for Sanctions or Contempt | | ✓ |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | | ✓ |
| 6. | Motions to Certify or Decertify Class | | ✓ |
| 7. | Motions for Preliminary Injunction | | ✓ |
| 8. | Motions for Summary Judgment | | ✓ |
| 9. | Motions to Remand (in removal cases) | | ✓ |
| 10. | All other Pre-Trial Motions | | ✓ |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, | | |

Case 1:13-cv-20076-JAL   Document 48-1   Entered on FLSD Docket 01/11/2013   Page 2 of 2

Case No. 13-20076-CIV-LENARD/O'SULLIVAN

including Motions in Limine          Yes _____   No ✓

2-8-2013
(Date)

Signature of _Anthony Erickson-Pogorzelski_
Counsel for _United States_

2-8-2013
(Date)

Signature of _Katherine A. Meyer_
Counsel for _Plaintiffs_

2-8-2013
(Date)

Signature of _James Lister_
Counsel for _Counsel for Sea Quarium_

(Date)

Signature of _____
Counsel for _____

(Date)

Signature of _____
Counsel for _____

(Date)

Signature of _____
Counsel for _____

(Date)

Signature of _____
Counsel for _____

(Date)

Signature of _____
Counsel for _____

(Date)

Signature of _____
Counsel for _____

(Date)

Signature of _____
Counsel for _____

(Date)

Signature of _____
Counsel for _____

-2-