UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20076–CIV-LENARD/O'SULLIVAN

ANIMAL LEGAL DEFENSE FUND, et al.,

    Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,

    Defendants, and

MARINE EXHIBITION CORPORATION,
d/b/a MIAMI SEQUARIUM,

    Defendant-Intervenor.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR AN ADDITIONAL ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT

Defendants respectfully move for an additional 2-week enlargement of time with which to respond to Plaintiffs' Complaint, and in support thereof state the following:

Defendants originally moved for an enlargement of time to respond on January 18, 2013, requesting a 30-day enlargement [D.E. 49]. The Court granted the motion, by paperless order, on January 22, 2013 [D.E. 50]. Defendants' response to the Complaint is currently due on or before February 19, 2013.

In the course of preparing the Joint Scheduling Report, the need for an additional enlargement arose. During the preparation of the Report, Plaintiffs requested that both the Defendants and the Defendant-Intervenor (Miami Seaquarium) file their respective motions to dismiss for lack of subject matter jurisdiction on the same day, consolidating the briefing

schedule. Defendant-Intervenor requested that the motions to dismiss be filed on March 5, 2013.[1] Defendants represented that they could have their motion to dismiss filed by the current response date of February 19, 2013. In light of Plaintiffs' expressed preference for simultaneous filings (and Defendant-Intervenor's request for more time), however, Defendants agreed to file their motion to dismiss on March 5, 2013, providing that the Court grants this motion.

For the foregoing reasons, Defendants seek an additional 2-week enlargement of time with which to respond to the Complaint. Defendants do not seek this enlargement for the purpose of delay and this enlargement will in no way prejudice Plaintiffs.

### Certification of Compliance with Local Rule 7.1

In accordance with Local Rule 7.1, the undersigned counsel has conferred with Plaintiffs' counsel and Plaintiffs' counsel represented that Plaintiffs do not oppose the relief sought herein.

WHEREFORE, for the foregoing reasons, Defendants seek an order allowing Defendants to respond to Plaintiffs' Complaint on March 5, 2013.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

s/Anthony Erickson-Pogorzelski
ANTHONY ERICKSON-POGORZELSKI
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9296
Fax: (305) 530-7139
Fla. Bar 619884
Email: anthony.pogorzelski@usdoj.gov

---

[1] Defendant-Intervenor's Answer was deemed filed as of November 16, 2012 [D.E. 36], and it is not constrained by the responsive pleading deadline currently imposed upon Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                s/Anthony Erickson-Pogorzelski
                                                Assistant United States Attorney