UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20076-CIV-LENARD/O'SULLIVAN

**ANIMAL LEGAL DEFENSE FUND, et al.,**

    **Plaintiffs,**

vs.

**UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,**

    **Defendants.**
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR AN ADDITIONAL ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**

THIS CAUSE is before the Court on Defendants' Motion for an Additional Enlargement of Time to File a Response to Plaintiff's Complaint. Upon due consideration and the Court being fully apprised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that

Defendants' Motion for an Additional Enlargement of Time to File a Response to Plaintiff's Complaint is **GRANTED**.

Defendants' response to the Complaint is due on or before March 5, 2013.

**DONE AND ORDERED** on _____.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE